Ronnie Clarke, pro se. Anthony Philip Meredith, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Ronnie Clarke appeals from the district court's order granting Appellees' motion to dismiss his civil action as untimely. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Clarke v. Southside Virginia Training Ctr.*, No. CA–00–686 (E.D.Va. May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Ronnie CLARKE, Plaintiff–Appellant,**

v.

**SOUTHSIDE VIRGINIA TRAINING CENTER; Chandra Griffin; Lee H. Younger; James R. MacIntyre; George Husband; Randy Price; India Sue Ridout, Defendants–Appellees.**

No. 01–1775.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.